(January 19, 1971)

Arthur A. Puro, Respondent, v. Louis Puro, Appellant, et al., Defendants.—

Concur —

McGivern, J. P., Nunez, McNally and Steuer, JJ.